

**NORTH CAROLINA WESTERN**

MEMORANDUM

**Date:** 12/20/2018

**To:** The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:** William Kozlowski
United States Probation Officer

**Subject:** Ollie Dion Pullium
Dkt. No. 3:14-CR-00250-01
REQUEST TO DESTROY SEIZED PROPERTY

---

On 3/4/2013, the defendant was sentenced pursuant to a conviction for Conspiracy to Distribute Less Than 500 Grams of Cocaine. He was ordered to serve 24 months imprisonment, followed by three (3) years of supervised release. His term of supervised release commenced on 5/9/2014. The following property was seized from the defendant during his supervision term: 1) A cellphone; LG; 2) A cellphone ZTE. These items were seized from the defendant's residence on 12/2/2016. His term of supervised release was revoked on 3/2/2017, and he was ordered to serve 12 months and 1-day imprisonment with 1 year of supervised release to follow. The listed item was used in the furtherance of the defendant's criminal conduct while serving his term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7621, should you have any questions.

THE COURT ORDERS:

X Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

Signed: December 20, 2018

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge